**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| UNILOC USA, INC., and <br> UNILOC LUXEMBOURG, S.A., <br> <br> V. <br> <br> ACRONIS, INC., et al, | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 6:15-cv-1001-RWS-KNM <br> <br> <br> CONSOLIDATED LEAD CASE |
| CODE 42 SOFTWARE, INC. | § <br> § | Civil Action No. 6:15-cv-1004 |

**ORDER OF DISMISSAL WITH PREJUDICE OF
ALL CLAIMS BY UNILOC AGAINST CODE 42 SOFTWARE, INC.**

On this day, the Court considered the Stipulation of Dismissal with Prejudice of All Claims by Uniloc Against Code 42 Software, filed by Plaintiffs Uniloc USA, Inc., and Uniloc Luxembourg S.A. ("Uniloc"), and Defendant Code 42 Software, Inc. ("Code 42"). The Court is of the opinion that the Stipulation is well-taken and the case should be DISMISSED under Federal Rule of Civil Procedure 41(a)(1)(A)(i) and (ii).

Accordingly, it is ORDERED that:

1. Any and all claims by Uniloc against Code 42 are dismissed with prejudice.

2. Uniloc and Code 42 shall each bear their own attorney's fees, expenses and costs.

3. All other relief requested between Uniloc and Code 42 is hereby DENIED AS MOOT.

**SIGNED this 18th day of November, 2016.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE